U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either standing of this Court's general bar or be granted le by Local Rules 83.12 through 83.14.

07CV6266
JUDGE ZAGEL
MAG. JUDGE NOLAN

In the Matter of

Equal Employment Opportunity Commission,
            Plaintiff,
v.
Development Dimensions International, Inc.,
            Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, Equal Employment Opportunity Commission

FILED
NOV 6 2007
NOV X 6 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| NAME (Type or print) |
| --- |
| John C. Hendrickson |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ John C. Hendrickson |
| FIRM |
| Equal Employment Opportunity Commission |
| STREET ADDRESS |
| 500 West Madison Street, Suite 2800 |
| CITY/STATE/ZIP |
| Chicago, Illinois 60661 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| ARDC. No. 01187589 | (312) 353-8551 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐