**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | ) | |
| | ) | |
| | ) | |
| **Applicant,** | ) | |
| | ) | **Civil Action No. 07C 6266** |
| **v.** | ) | |
| | ) | **Judge Zagel** |
| **DEVELOPMENT DIMENSIONS** | ) | |
| **INTERNATIONAL, INC.** | ) | **Magistrate Judge Nolan** |
| | ) | |
| **Respondent.** | ) | |
| _____ | ) | |

**MOTION  FOR ORDER TO SHOW CAUSE WHY**
**EEOC  SUBPOENA NUMBER CH-07-375**
**SHOULD NOT BE ENFORCED**

Applicant, the United States Equal Employment Opportunity Commission ("EEOC" or the "Commission"), requests this Court to enter an Order to Show Cause directed against Respondent with respect to an administrative subpoena issued by the Commission to Respondent. In support hereof, the Commission states as follows:

1.      This action for enforcement of an administrative subpoena is instituted pursuant to  Section 107 of the Americans with Disabilities Act, 42 U.S.C. § 12117, which incorporates the enforcement provisions of  Section 710 of Title VII of the Civil Rights Act of 1964, as amended, ("Title VII") 42 U.S.C. §2000e-9.

2.      Jurisdiction is conferred upon the Court by Sections 706(f)(3) and 710 of Title VII, 42 U.S.C. §2000e-5(f)(3) and 9.

3.      Applicant is an agency of the United States government charged with the administration, interpretation and enforcement of the employment provisions of the Americans with Disabilities Act, including the investigation of charges of unlawful employment practices.

4.      On about June 8, 2007 the Commission issued and served upon Respondent Subpoena Number CH-07-375 requiring Respondent to produce evidence as part of the

1

Commission's investigation of a charge of unlawful employment practices which was filed against Daimler-Chrysler Corporation, to whom Respondent had provided a test used to select applicants for certain positions.

5.      On June 22, 2007, Respondent served on the Commission a Petition to Revoke or Modify Subpoena Number CH-07-375.

6.   In response thereto, the Commission issued on August 10, 2007 a Determination that narrowed the scope of Subpoena Number CH-07-375.

7.   Respondent refused to produce all of the items requested in Subpoena CH-07-375, as modified by the Commission's Determination on August 10, 2007.

8.   The Commission filed this Application for an Order to Show Cause on November 6, 2007, together with a Declaration of John P. Rowe, and a Memorandum of Law.

WHEREFORE, the Commission requests:

(a)      That an Order to Show Cause issue directing Respondent to appear before this Court and to show cause, if there be any, why an Order should not be entered directing it to comply with Subpoena CH-07-375, as modified by the Commission's Determination on August 10, 2007 and by the Commission's stipulations in its Memorandum of Law in Support of this Application.

(b)      That, upon the response to the Order to Show Cause, the Court enter an order directing the Respondent to comply with Subpoena CH-07-375, as modified by the Commission's Determination on August 10, 2007 and by the Commission's stipulations in its Memorandum of Law in Support of this Application.

(c)      That the Commission be granted such other relief as may be necessary and appropriate.

Respectfully submitted,


/s/ Gordon Waldron

GORDON WALDRON
Senior Trial Attorney
Equal Employment Opportunity Commission
Chicago Area Office
500 West Madison St. # 2800
Chicago, Illinois 60661
(312) 353-7525