IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,  )<br>)<br>Applicant,  )<br>)<br>v.  )<br>)<br>DEVELOPMENT DIMENSIONS  )<br>INTERNATIONAL, INC.  )<br>)<br>Respondent.  )<br>_____) | Civil Action No.  07 C 6266<br><br>Judge Zagel<br><br>Magistrate Judge Nolan |

## NOTICE OF MOTION

TO:   Persons on Attached Certificate of Service

PLEASE TAKE NOTICE that on December 4, 2007 at 10:15 a.m., or as soon thereafter as counsel may be heard, Plaintiff Equal Employment Opportunity Commission ("EEOC") will appear before the Honorable Judge Zagel in his Courtroom Number 2503 at 219 South Dearborn Street, Chicago, Illinois, and present the attached **EEOC Motion for Order to Show Cause Why EEOC Subpoena Number CH -07-375 Should not be Enforced.**

Respectfully submitted,

/s/ Gordon Waldron
Gordon Waldron
Equal Employment Opportunity
 Commission
500 West Madison, room 2800
Chicago, IL  60661
  (312) 353-7525
gordon.waldron@eeoc.gov

## CERTIFICATE OF SERVICE

Gordon Waldron, an attorney, hereby certifies that he caused a true and correct copy of the foregoing **Plaintiff EEOC's Motion for Order to Show Cause Why EEOC Subpoena Number CH -07-375  Should not be Enforced,** together with the a copy of the previously filed **Declaration of John Rowe, and Memorandum of Law**  to be served on   November 7, 2007  by First Class U.S. mail service, to:

Lawrence Ashe
Ashe & Rafuse
1355 Peachtree Street, N.E., Suite 500
Atlanta, Georgia 30309-3232

/s/ Gordon Waldron
Gordon G. Waldron